FILED

09/03/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0224

IN THE SUPREME COURT OF THE STATE OF MONTANA

CAUSE NO. DA 21-0224

North Star Development, LLC.,

    *Petitioners/Appellants,*

        v.

MONTANA DEPARTMENT OF
PUBLIC SERVICE REGULATION,
MONTANA PUBLIC SERVICE
COMMISSION, NORTHWESTERN
ENERGY, and MONTANA
CONSUMER COUNSEL,

    *Respondents/Appellees.*

## ORDER GRANTING EXTENSION OF TIME

Appellee Montana Public Service Commission has filed a motion for extension of time, requesting the first, 30-day extension for Appellees to file their answer briefs. Pursuant to authority granted under Mont. R. App. P. 26(1), and for good cause appearing, Appellees are granted an extension of time until October 18, 2021, to prepare, file, and serve their answer briefs.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 3 2021